RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Joshua Hubbard

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00025-DJA |
| Plaintiff, | ORDER to Extend Deadlines to Conduct Preliminary Hearing and File Indictment (Third Request) |
| v. | |
| JOSHUA HUBBARD, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney, and JUSTIN J. WASHBURNE, Assistant United States Attorney, counsel for the United States of America, and JOY CHEN, Assistant Federal Public Defender, counsel for Defendant JOSHUA HUBBARD, that the preliminary hearing in the above-captioned matter, currently scheduled for February 26, 2024 at the hour of 4:00 p.m., be vacated and continued for forty-five (45) days, to a date and time to be set by this Honorable Court.

This stipulation is entered into for the following reasons:

1. The parties have engaged in preliminary discussions for a potential pre-indictment resolution of the case.

2. Defense counsel requires additional time to confer with the Defendant about how he would like to proceed.

3. If this matter is not resolved pre-indictment, government counsel needs additional time to bring this matter before the grand jury for indictment.

4. The parties agree to the continuance.

5. Defendant is in custody and does not object to the continuance.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. The additional time requested herein is not sought for purposes of delay, but to allow for a potential pre-indictment resolution of the case.

8. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

9. This is the third request for a continuation of the preliminary hearing.

DATED this 23rd day of February, 2024.

Respectfully submitted,

| | |
|---|---|
| RENE VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Joy Chen*<br>JOY CHEN<br>Assistant Federal Public Defender<br>Counsel for Defendant<br>Joshua Hubbard | */s/ Justin J. Washburne*<br>JUSTIN J. WASHBURNE<br>Assistant United States Attorneys |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>JOSHUA HUBBARD,<br><br>            Defendant. | Case No. 2:22-mj-00025-DJA<br><br>ORDER on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on February 26, 2024 at the hour of 4:00 p.m., be vacated and continued to April 15, 2024, at 4:00 p.m., courtroom to be determined at a later date.

DATED this 26th day of February, 2024.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

3